UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.: 1:07-mj-17

v.        Honorable Hugh W. Brenneman, Jr.
        United States Magistrate Judge

JENNIFER M. PETERSON,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR INTERIM PAYMENT

Before the Court is a Motion for Interim Payment filed by counsel for defendant. Upon consideration, the Court finds that good cause is shown to order interim payment for the defense of this matter. Therefore,

The defendant's Motion for Interim Payment is **ORDERED GRANTED**. Counsel shall submit his interim payment request as directed on CJA Form 20, which may be obtained online at the Court's website: www.miwd.uscourts.gov

Entered: June 4, 2007

        /s/ Hugh W. Brenneman, Jr.
        Hugh W. Brenneman, Jr.
        United States Magistrate Judge